AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

JOSEPH HOFER, on behalf of himself and others similarly situated

V.

GLOBAL SERVICE GROUP LLC and DOE DEFENDANT 1

CASE NUMBER: 1:16-cv-11391

ASSIGNED JUDGE: Hon. Manish S. Shah

DESIGNATED MAGISTRATE JUDGE: Hon. Michael T. Mason

TO: (Name and address of Defendant)

Global Service Group LLC
800 S. Wells St.
Chicago, IL 60607

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Alexander H. Burke
Burke Law Offices, LLC
155 N. Michigan Ave., Suite 9020
Chicago, IL 60601

an answer to the complaint which is herewith served upon you, 21 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

(By) DEPUTY CLERK

December 16, 2016

DATE

Civil Action No. 16-cv-11391

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Global Service Group LLC was received by me on *(date)* Dec 19, 2016, 9:17 am.

☐ I personally served the summons on the individual at *(place)* ______________ on *(date)* ______________ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______________ , a person of suitable age and discretion who resides there, on *(date)* ______________ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Charles Hawkins , who is designated by law to accept service of process on behalf of *(name of organization)* Global Service Group LLC on *(date)* Mon, Dec 19 2016 ; or

☐ I returned the summons unexecuted because: ______________ ; or

☐ Other: ______________ ; or

My fees are $ ______________ for travel and $ ______________ for services, for a total of $ $.

I declare under penalty of perjury that this information is true.

Date: 12/19/2016

*Server's signature*

Kyle Clutter 115-002370

*Printed name and title*

230 S Clark Suite 254, Chicago , IL 60604

*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Dec 19, 2016, 1:32 pm CST at Company: 800 S Wells St 170, Chicago , IL 60607 received by Charles Hawkins . Ethnicity: African American; Gender: Male; Weight: 6'0; Relationship: Authorized Agent;