# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

---

Case Title: JOSEPH HOFER v. GLOBAL SERVICE GROUP

Case Number: 16-cv-11391

An appearance is hereby filed by the undersigned as attorney for:
GLOBAL SERVICE GROUP, LLC

Attorney name (type or print): Timothy A. Hudson

Firm: Tabet DiVito & Rothstein LLC

Street address: 209 S. LaSalle Street, 7th Floor

City/State/Zip: Chicago, IL 60604

Bar ID Number: 6271244
(See item 3 in instructions)

Telephone Number: (312) 762-9450

Email Address: thudson@tdrlawfirm.com

Are you acting as lead counsel in this case? ☐ Yes ☑ No

Are you acting as local counsel in this case? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☑ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 6, 2017

Attorney signature: S/ Timothy A. Hudson
(Use electronic signature if the appearance form is filed electronically.)