**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOSEPH HOFER, on behalf of himself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GLOBAL SERVICE GROUP, LLC, and DOE DEFENDANT 1,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 16-CV-11391<br><br>Honorable Manish S. Shah<br><br>Magistrate Judge Michael T. Mason |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR GLOBAL SERVICE GROUP, LLC TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Global Service Group, LLC ("GSG"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1), respectfully submits this Unopposed Motion for Extension of Time to Answer or Otherwise Respond to the Complaint ("Motion") filed by plaintiff Joseph Hofer ("Plaintiff"). In support of this Motion, GSG states as follows:

1. Plaintiff filed his Complaint on December 15, 2016.

2. GSG was served with the Complaint on December 19, 2016.

3. GSG's response to the Complaint due on or before January 9, 2017.

4. The undersigned counsel and lead counsel from the law firm of Greenspoon Marder, P.A. require a short extension of time to and including January 30, 2017 to prepare an answer or other response to Plaintiffs' Complaint.

5. This Motion is not sought for any improper purpose and is designed to allow counsel for GSG to evaluate the Complaint and to prepare a response to thereto.

6. The undersigned counsel raised this matter with Plaintiffs' counsel, who advised that Plaintiffs do not object to this Motion and the relief requested herein.

WHEREFORE, Global Service Group, LLC respectfully requests that this Court enter an Order granting its Unopposed Motion for Extension of Time and giving Global Service Group, LLC until January 30, 2017 to file its answer or other response to the Complaint.

Dated: January 6, 2017

Respectfully submitted,

GLOBAL SERVICE GROUP, LLC.

*/s/ Timothy A. Hudson*
One of Its Attorneys

Timothy A. Hudson
TABET DIVITO & ROTHSTEIN, LLC
209 S. LaSalle Street, Suite 700
Chicago, Illinois 60604
Telephone: (312) 762-9450
Facsimile: (312) 762-9451
Firm No.: 6271244
thudson@tdrlawfirm.com