**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: Hofer v. Global Service Group　　Case Number: 16-cv-11391

An appearance is hereby filed by the undersigned as attorney for:
Global Service Group, LLC

Attorney name (type or print): Jeffrey Becker

Firm: Swanson, Martin & Bell, LLP

Street address: 330 N. Wabash Ave., Suite 3300

City/State/Zip: Chicago, IL 60611

Bar ID Number: 6282492　　Telephone Number: 312-321-9100
(See item 3 in instructions)

Email Address: jbecker@smbtrials.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you acting as local counsel in this case? ☐ Yes ☑ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14.
I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on January 24, 2017

Attorney signature: S/ Jeffrey Becker
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015