**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1**
**Eastern Division**

Joseph Hofer
Plaintiff,
v.
Case No.: 1:16−cv−11391
Honorable Manish S. Shah
Global Service Group LLC, et al.
Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 10, 2017:

MINUTE entry before the Honorable Manish S. Shah: The parties advise the court this case has been settled on an individual basis. This case is dismissed without prejudice and with leave to reinstate by 3/13/17. If no motion for leave to reinstate has been filed by 3/13/17, then the dismissal will automatically convert to one with prejudice. Civil case terminated. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.